AO 440 (Rev. 03/08) Civil Summons

E-FILING

# UNITED STATES DISTRICT COURT
## for the
## Northern District of California

| | |
|---|---|
| Kansas International Ltd., a Hong Kong corporation | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Brian Moore Custom Guitars, Inc. and iGuitar, Inc. | ) |
| Defendant | ) |

C 08  03120
BZ

**Summons in a Civil Action**

To:  Brian Moore Custom Guitars, Inc.
*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Otto O. Lee
INTELLECTUAL PROPERTY LAW GROUP LLP
12 S First St, 12th Floor
San Jose, CA 95113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 2 7 2008

Tiffany Salinas-Harwell
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*