1   OTTO O. LEE, SBN 173987
    olee@iplg.com
2   JOHN V. MEJIA, SBN 167806
    jmejia@iplg.com
3   MARGAUX A. AVIGUETERO, SBN 236767
    maviguetero@iplg.com
4   INTELLECTUAL PROPERTY LAW GROUP LLP
    12 South First Street, Twelfth Floor
5   San Jose, California 95113
    Telephone: (408) 286-8933
6   Facsimile: (408) 286-8932

7   Attorneys for Plaintiff
    KANSAS INTERNATIONAL LTD.

8

9                    THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  KANSAS INTERNATIONAL LTD., a Hong Kong     Case No.:
    corporation                                **C 08   03120 BZ**

13              Plaintiff,
                                               **CORPORATE PARTY DISCLOSURE**
14       v.                                    **STATEMENT**

15  BRIAN MOORE CUSTOM GUITARS, INC., a
16  corporation form unknown, and IGUITAR, INC., a
    Delaware corporation,
17
                Defendants.
18

19       Kansas International Ltd., plaintiff in the above-entitled action, discloses pursuant to Rule 7.1

20  of the Federal Rules of Civil Procedure that (1) it has no parent corporation, and (2) no publicly held

21  corporation owns 10% or more of its stock.

22

23  Dated: June 27, 2008                       INTELLECTUAL PROPERTY LAW
                                                GROUP LLP
24

25

26                                             By: _____
                                                   Otto O. Lee
27                                                 John V. Mejia
                                                   Margaux A. Aviguetero
28                                                 Intellectual Property Law Group LLP

                                          - 1 -

**Corporate Party Disclosure Statement**

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

FILED

2008 JUN 27 P 3 09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

12 S First St, 12th Floor
San Jose, California 95113
Tel: (408) 286-8933
Fax: (408) 286-8932
olee@iplg.com
jmejia@iplg.com
maviguetero@iplg.com

Attorneys for Plaintiff
KANSAS INTERNATIONAL LTD.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

- 2 -

**Corporate Party Disclosure Statement**