```
1  OTTO O. LEE, SBN 173987
   olee@iplg.com
2  JOHN V. MEJIA, SBN 167806
   jmejia@iplg.com
3  MARGAUX A. AVIGUETERO, SBN 244767
   maviguetero@iplg.com
4  INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, Twelfth Floor
5  San Jose, California 95113
   Telephone: (408) 286-8933
6  Facsimile: (408) 286-8932

7  Attorneys for Plaintiff
   KANSAS INTERNATIONAL LTD.
8
```

**FILED**
2008 JUN 27  P 3:09
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KANSAS INTERNATIONAL LTD., a Hong Kong corporation

Plaintiff,

v.

BRIAN MOORE CUSTOM GUITARS, INC., a corporation form unknown, and IGUITAR, INC., a Delaware corporation,

Defendants.

Case No.: **C08 03120 BZ**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 27, 2008

INTELLECTUAL PROPERTY LAW GROUP LLP

By: _____
Otto O. Lee
John V. Mejia
Margaux A. Aviguetero
Intellectual Property Law Group LLP
12 S First St, 12th Floor
San Jose, California 95113

- 1 -

Certification of Interested Entities or Persons

Tel: (408) 286-8933
Fax: (408) 286-8932
olee@iplg.com
jmejia@iplg.com
maviguetero@iplg.com

Attorneys for Plaintiff
KANSAS INTERNATIONAL LTD.

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

- 2 -

**Certification of Interested Entities or Persons**