1 | OTTO O. LEE, SBN 173987
olee@iplg.com
2 | JOHN V. MEJIA, SBN 167806
jmejia@iplg.com
3 | MARGAUX A. AVIGUETERO, SBN 244767
maviguetero@iplg.com
4 | INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
5 | San Jose, California 95113
Telephone: (408) 286-8933
6 | Facsimile: (408) 286-8932

7 | Attorneys for Plaintiff
KANSAS INTERNATIONAL LTD.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KANSAS INTERNATIONAL LTD., a Hong Kong corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN MOORE CUSTOM GUITARS, INC., a corporation form unknown, and IGUITAR, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 3:08-CV-3120-BZ<br><br>**AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS ON DEFENDANT IGUITAR, INC.** |

//
//
//
//
//
//
//
//

---

Affidavit of Service of Summons, Complaint, and Related Documents on Defendant iGuitar, Inc.
Case No. 03:08-cv-3120-BZ

United States District Court
Northern District of California
-----------------------------------------------------------------X   Civil Action No. C08-03120BZ
Kansas International Ltd., a Hong Kong Corporation          Affidavit of Service of
                     Plaintiff          Summons et al

        -against-

Brian Moore Custom Guitars, Inc. and IGuitar, Inc.
                     Defendants
-----------------------------------------------------------------X

State of New York, County of Westchester ss: The undersigned, being duly sworn, deposes and says: deponent is not a party herein is over 18 years of age and resides in the State of New York. That on July 1, 2008 at 3:45 p.m. at 290 Main Street, Suite 3, Cold Spring, New York 10516 deponent served the within
  (1) Summons
  (2) Civil Cover Sheet;
  (3) Complaint;
  (4) Certification of Interested Entities or Parties;
  (5) Order Setting Initial Case Management Conference and ADR Deadlines;
  (6) NDCA Welcome Packet;
  (7) Information packet on Magistrate Judges; and
  (8) Corporate Disclosure Statement.
on IGuitar, Inc.

    X    a corporation by delivering thereat a true copy of each to Patrick Cummings personally, deponent knew said entity so served to be the entity described in said papers as said business and knew said individual to be President /Agent authorized to accept service thereof.

Description: Male, white skin, gray hair, balding, glasses, approximately 6', 0", age 55, weight 190

                                                              Martin Lichtig
                                                              NYC License # 0965095

Sworn to before me on July 2, 2008

_____
Notary Public

        MITCHELL SEDA
NOTARY PUBLIC - STATE OF NEW YORK
        NO. 03-5008847
  QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES MARCH 1, 2___

## PROOF OF SERVICE

I am a resident of the United States, employed in the county of Santa Clara. I am over the age of eighteen (18) and not a party to the within action. My business address is: 12 S. First St., 12th Floor, San Jose, California 95113.

On July 8, 2008, I served the foregoing documents described as:

**AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS ON DEFENDANT IGUITAR, INC.**

on the Defendant in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Patrick Cummings, President
iGuitar, Inc.
290 Main Street, Suite #3
Cold Spring, New York 10516

☒ **BY MAIL IN THE ORDINARY COURSE OF BUSINESS**: I deposited such envelope in the mail at San Jose, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the business practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. On this date the above-referenced correspondence was placed for deposit at 12 S. First St., 12th Floor, San Jose, California 95113, and placed for collection and mailing following ordinary business practices.

☐ **BY OVERNIGHT DELIVERY/FEDERAL EXPRESS**: I deposited such envelope in the express service mailbox at San Jose, California, with delivery fees provided for.

☐ **BY FACSIMILE TRANSMISSION**: I transmitted the above documents by facsimile transmission to the FAX telephone number listed for the party above and obtained confirmation of complete transmittal thereof.

☐ **BY PERSONAL SERVICE**: I caused the aforementioned documents to be delivered, by hand, to the office of the addressee above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: July 8, 2008

By: _____
Margaux A. Aviguetero

Affidavit of Service of Summons, Complaint, and Related Documents on Defendant iGuitar, Inc.
Case No. 03:08-cv-3120-BZ