# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING

Clerk of the Court

(415) 522-2015

July 21, 2008

To:  **John Karl Buche**

Buche & Associates, P.C.
875 Prospect, Suite 305
La Jolla, CA 92037

**Margaux Azurin Aviguetero**

**John Villagran Mejia**

**Otto Oswald Lee**

Intellectual Property Law Group LLP
12 South First Street, 12th Floor
San Jose, CA 95113

Re: Kansas International, Ltd. v. Brian Moorse Custom Guitars, Inc., et al.

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for August 13, 2008 at 10:00a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

At www.cand.uscourts.gov you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk

United States District Court

/s/ Simone Voltz

By:   Simone Voltz

Courtroom Deputy