UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANSAS INTERNATIONAL LTD, <br><br>        Plaintiff(s), <br><br>    v. <br><br>BRIAN MOORE CUSTOM GUITARS, INC., et al., <br><br>        Defendant(s). | No. C 08-3120 BZ <br><br>**BRIEFING ORDER** |

    Having received defendant IGUITAR, Inc.'s motion to dismiss which is noticed for hearing on September 3, 2008, **IT IS HEREBY ORDERED** that:

    1.  Plaintiff's opposition shall be filed by **August 8, 2008**; and

    2.  IGUITAR, Inc.'s reply, if any, shall be filed by **August 15, 2008.**

Dated: July 25, 2008

                                      /s/ Bernard Zimmerman
                                      Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\KANSAS INTERNATIONAL LTD\BREIFING ORDER.wpd

1