John Karl Buche (SBN 239477)
BUCHE & ASSOCIATES, P.C.
875 Prospect Street, Suite 305
San Diego, California 92037
Phone: (858) 812-2840
Facsimile: (858) 392-9262
Email: jbuche@westerniplaw.com

Attorneys for Defendant
IGUITAR, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANSAS INTERNATIONAL LTD, a Hong Kong Corporation, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN MOORSE CUSTOM GUITARS, INC., a Corporation of Unknown Origin, and <br><br> IGUITAR, INC., a Delaware Corporation, <br><br> Defendants. | Case No. C 08-03120-BZ <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned defendants hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 30, 2008                                                                                   */s/ John Karl Buche*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　John Karl Buche
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 875 Prospect Street, Suite 305, La Jolla, CA 92037.

On July 30, 2008, I served the foregoing document described as: **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the parties in this action by serving:

**Margaux Azurin Aviguetero**
Intellectual Property Law Group LLP
12 South First Street, 12th Floor
San Jose, CA 95113
408-286-8933
Fax: 408-286-8932
Email: maviguetero@iplg.com

**Otto Oswald Lee**
**John Villagran Mejia**
Intellectual Property Law Group
Old Bank of America Building
12 South First Street, 12th Floor
San Jose, CA 95113
408-286-8933
Fax: 408-286-8932
Email: jmejia@iplg.com

() **By Envelope** - by placing ( ) the original (X) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

() **By Mail**: As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at La Jolla, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(X) **By Electronic Mail**: I sent a true copy of the above-entitled document in PDF format to the following email addresses:

(X) **VIA ECF FILING**: I sent a true copy of the above-entitled document uploaded to the Court's ECF website format to the following email addresses:

1  Executed on July 30, 2008, at La Jolla, California.

2  (**X**) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at
3  whose direction the service was made.

4

5                                                          _____/s/ John Karl Buche___
                                                                   JOHN K. BUCHE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28