1  OTTO O. LEE, SBN 173987
   olee@iplg.com
2  JOHN V. MEJIA, SBN 167806
   jmejia@iplg.com
3  MARGAUX A. AVIGUETERO, SBN 244767
   maviguetero@iplg.com
4  INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, Twelfth Floor
5  San Jose, California 95113
   Telephone: (408) 286-8933
6  Facsimile: (408) 286-8932

7  Attorneys for Plaintiff
   KANSAS INTERNATIONAL LTD.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KANSAS INTERNATIONAL LTD., a Hong Kong corporation, | Case No.: 3:08-CV-3120-BZ |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| BRIAN MOORE CUSTOM GUITARS, INC., a corporation form unknown, and IGUITAR, INC., a Delaware corporation, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

//

//

//

---

**Affidavit of Service of Summons, Complaint, and Related Documents on Defendant iGuitar, Inc.**
**Case No. 03:08-cv-3120-BZ**

Dated: July 30, 2008

INTELLECTUAL PROPERTY LAW GROUP LLP

By: __/s/ Margaux A. Aviguetero_____
    Otto O. Lee
    John V. Mejia
    Margaux A. Aviguetero
    Intellectual Property Law Group LLP
    12 S. First St., 12th Floor
    San Jose, California 95113
    Tel: (408) 286-8933
    Fax: (408) 286-8932
    olee@iplg.com
    jmejia@iplg.com
    maviguetero@iplg.com

Attorneys for Plaintiff
KANSAS INTERNATIONAL, LTD.

**CERTIFICATE OF SERVICE**

    I certify that on July 30, 2008, the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order 45.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 30th of July, 2008.

By: __/s/ Margaux A. Aviguetero__
    Margaux A. Aviguetero