John Karl Buche (SBN 239477)
BUCHE & ASSOCIATES, P.C.
875 Prospect Street, Suite 305
La Jolla, California  92037
Phone:  (858) 812-2840
Facsimile:  (858) 392-9262
Email: jbuche@westerniplaw.com

Attorneys for Defendant,
IGUITAR, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KANSAS INTERNATIONAL LTD, )   Case No. C 08-03120-PJH
a Hong Kong Corporation, )
          Plaintiff, )   **DEFENDANT IGUITAR, INC.'S SECOND**
          v. )   **AMENDED NOTICE OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B) AND 28 U.S.C. §1404(a)**
BRIAN MOORSE CUSTOM GUITARS, INC., )
a corporation form unknown, and )   Judge:   Hon. Phyllis J. Hamilton
IGUITAR, INC., )   Date:    Wednesday, September 10, 2008
a Delaware Corporation, )   Time:    9:00 a.m.
          Defendants. )   Place:   Courtroom 3, 17th Floor
 )              Federal Building
 )              450 Golden Gate Avenue
 )              San Francisco, CA 94102

## NOTICE OF MOTION

Pursuant to the Court's Reassignment Order of August 1, 2008, Defendant IGUITAR, Inc. hereby notices the parties that it will bring this motion for hearing before this Court on Wednesday, September 10, 2008, at 9:00 a.m., at Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Respectfully submitted,

*/s/ John Karl Buche*
John Karl Buche (SBN 239477)
BUCHE & ASSOCIATES, P.C.

1  and
2          Ronald S. Bienstock (*Pro Hac Vice Applicant*)
           BIENSTOCK & MICHAEL, P.C.
3          250 West 57th Street, Suite 808
           New York, New York 10107
4          Tel 212.247.0848
           Fax 212.247.0910
5          Email: Ronald.Bienstock@musicesq.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 875 Prospect Street, Suite 305, La Jolla, CA 92037.

On August 5, 2008, I served the foregoing document described as: **DEFENDANT IGUITAR, INC.'S SECOND AMENDED NOTICE OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B) AND 28 U.S.C. §1404(a)** on the parties in this action by serving:

**Margaux Azurin Aviguetero**
**Otto Oswald Lee**
**John Villagran Mejia**
Intellectual Property Law Group LLP
Old Bank of America Building
12 South First Street, 12th Floor
San Jose, CA 95113
408-286-8933
Fax: 408-286-8932

**(X) By Electronic Mail**: I sent a true copy of the above-entitled document in PDF format to the following email addresses: jmejia@iplg.com; maviguetero@iplg.com

**(X) VIA ECF FILING**: I sent a true copy of the above-entitled document uploaded to the Court's ECF website.

Executed on August 5, 2008, at La Jolla, California.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ John Karl Buche*
JOHN K. BUCHE