1  John Karl Buche (SBN 239477)
   BUCHE & ASSOCIATES, P.C.
2  875 Prospect Street, Suite 305
   La Jolla, California  92037
3  Phone:  (858) 812-2840
   Facsimile:  (858) 392-9262
4  Email: jbuche@westerniplaw.com

5  Attorneys for Defendant,
   IGUITAR, INC.
6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 KANSAS INTERNATIONAL LTD,           ) Case No. C 08-03120-PJH
   a Hong Kong Corporation,            )
12                                     )
           Plaintiff,                  ) **DEFENDANT IGUITAR, INC.'S NOTICE TO**
13                                     ) **WITHDRAW DOCUMENT FROM**
       v.                              ) **CONSIDERATION**
14                                     )
   BRIAN MOORSE CUSTOM GUITARS, INC.,  ) Judge:  Hon. Phyllis J. Hamilton
15 a corporation form unknown, and     ) Place:  Courtroom 3, 17th Floor, Federal Building
                                       )         450 Golden Gate Avenue
16 IGUITAR, INC.,                      )         San Francisco, CA 94102.
   a Delaware Corporation,             )
17                                     )
           Defendants.                 )
18                                     )

19

20

21

22         Please take notice that Defendant IGUITAR, Inc. ("IGUITAR") requests that the Court

23 withdraw from consideration the document entitled "DEFENDANT IGUITAR, INC.'S NOTICE OF

24 MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B) AND 28 U.S.C. §1404(a),"

25 filed as **Document #10** on the Court's electronic docket.  IGUITAR has since filed a document

26 entitled "DEFENDANT IGUITAR, INC.'S FIRST AMENDED NOTICE OF MOTION AND

27 MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B) AND 28 U.S.C. §1404(a)" (**Document #12**

28 on the Court's electronic docket).  Likewise, pursuant to the Court's Reassignment Order of August 1,

1  2009, IGUITAR has filed a second amended notice of motion for the hearing on its motion to dismiss.

2

3                                    Respectfully submitted,

4                                    */s/ John Karl Buche*
                                     John Karl Buche (SBN 239477)
5                                    BUCHE & ASSOCIATES, P.C.

6                   and

7
                                     Ronald S. Bienstock (*Pro Hac Vice Applicant*)
8                                    BIENSTOCK & MICHAEL, P.C.
                                     250 West 57th Street
9                                    Suite 808
                                     New York, New York 10107
10                                   Tel 212.247.0848
                                     Fax 212.247.0910
11                                   Email: Ronald.Bienstock@musicesq.com

12
                                     Attorneys for Defendant,
13                                   IGUITAR, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 875 Prospect Street, Suite 305, La Jolla, CA 92037.

On August 5, 2008, I served the foregoing document described as: **DEFENDANT IGUITAR, INC.'S NOTICE TO WITHDRAW DOCUMENT FROM CONSIDERATION** on the parties in this action by serving:

**Otto Oswald Lee**
**John Villagran Mejia**
**Margaux Azurin Aviguetero**
Intellectual Property Law Group LLP
Old Bank of America Building
12 South First Street, 12th Floor
San Jose, CA 95113

**(X) By Electronic Mail**: I sent a true copy of the above-entitled document in PDF format to the following email addresses: maviguetero@iplg.com; jmejia@iplg.com

**(X) VIA ECF FILING**: I sent a true copy of the above-entitled document uploaded to the Court's ECF website.

Executed on August 5, 2008, at La Jolla, California.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ John Karl Buche*
JOHN K. BUCHE