1  OTTO O. LEE, SBN 173987
   olee@iplg.com
2  JOHN V. MEJIA, SBN 167806
   jmejia@iplg.com
3  MARGAUX A. AVIGUETERO, SBN 244767
   maviguetero@iplg.com
4  KAVYA MOHANKUMAR, SBN 255448
   kmohankumar@iplg.com
5  INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, Twelfth Floor
6  San Jose, California 95113
   Telephone: (408) 286-8933
7  Facsimile: (408) 286-8932

8  Attorneys for Plaintiff
   KANSAS INTERNATIONAL LTD.
9

10

11                    UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  KANSAS INTERNATIONAL LTD.,              Case No.: CV 08-03120-PJH
    a Hong Kong corporation,
15
                    Plaintiff,             DECLARATION OF WILBUR CHAN IN
16                                         SUPPORT OF KANSAS INTERNATIONAL
            vs.                            LTD.'S OPPOSITION TO DEFENDANT
17                                         IGUITAR INC'S MOTION TO DISMISS
    BRIAN MOORE CUSTOM GUITARS INC.,
18  corporation form unknown, and IGUITAR, INC., a   DATE:  September 10, 2008
    Delaware corporation,                  TIME:  9:00 a.m.
19                                         DEPT:  Courtroom 3, 17th Floor
                                                  450 Golden Gate Avenue, San
20                  Defendant.                     Francisco, CA 94102
                                           JUDGE:  Hon. Phyllis J. Hamilton
21

22

23      I, Wilbur Chan, declare:

24      1.      I am the President of Kansas International Ltd. ("Kansas") and have personal

25  knowledge of the facts stated in this declaration, and if called as a witness, I could and would

26  competently testify to those facts. I make this declaration in support of Plaintiff Kansas' opposition

27  to Defendant Iguitar, Inc.'s motion to dismiss.

28      2.      Kansas is a small Hong Kong based company in the business of selling musical
    instruments. Kansas has been selling and distributing musical instruments since 2000.

-1-

3.      In addition to being the President of Kansas, I am solely and personally in charge of all of the finance, operation, sale, advertising, marketing and other business related affairs of Kansas. There are no other managers, executives, shareholders, directors, or partners who are responsible for finance, operation, sale, advertising, marketing and other business related affairs of Kansas.

4.      Since I am the only person who handles and decides on Kansas' all day-to-day operations, finance, sale, advertising, marketing and other business related affairs I cannot stay away from my business in Hong Kong for extended periods of time. I am the sole and most knowledgeable person about the sale, advertising, marketing and distribution of the Kansas' products, including the iGuitar@burswood guitars. Therefore, I will have to personally attend every litigation related matter in the United States.

5.      Between New York and California, the latter is the most convenient location for me since, unlike New York, there are many direct flights from Hong Kong to California. Additionally the time difference between California and Hong Kong is more favorable for me to attend to my business matters from the United States. I am also more familiar with California since I have traveled there for business purposes and to visit with my attorneys.

6.      Ms. Maggie Chen is my secretary and is employed by Kansas. I believe Ms. Chen will be a valuable witness to the litigation. Ms. Chen is also based in Hong Kong and it would be most convenient for her to travel with me to California. Additionally, one of the major vendors for the i-Guitar@burswood guitars is headquartered in Texas and since Texas is closer to California, it will be more convenient for all of Kansas' potential witnesses from this vendor company to attend litigation procedures in California rather than New York.

7.      Kansas does not have an actual office in the United States. Rather, Kansas establishes business relationships with U.S. vendors and retail stores and ships its products via shipping companies to the vendors and retail stores to distribute and sell Kansas' products in the U.S.

8.      The port of entry of all of Kansas' shipped products in the United States is either through Long Beach, California or Oakland, California. Kansas' products are delivered by Kansas' U.S. vendors/customers in Long Beach and/or Oakland, and they are then transported to the different

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

-2-

1   locations within the U.S. for distribution and sale.  Attached hereto as Exhibit A are various Bills of

2   Lading.

3         9.    In the normal course of business, Kansas usually ships its products into the United

4   States about approximately ten (10) times in a year.

5         10.    Kansas' U.S. vendors and retail clients sell Kansas' products nationwide in the U.S.,

6   including California.

7         11.    Since all of Kansas' contacts with the United States are in California, it was

8   determined that California was the proper court to bring suit, and that California would be the most

9   convenient location for the parties and for witnesses.  As stated above, it will be more convenient for

10  me and any employee of Kansas to come to California than to travel to New York.  Furthermore, any

11  witnesses that maybe needed to testify on Kansas' behalf are in California, or closer to California

12  than New York.

13

14

15

16      I declare under penalty of perjury under the laws of the United States that the foregoing is true

17  and correct, and that this Declaration is executed this 21st day of August 2008, in Hong Kong, China.

18  .

19

20

21

22  WILBUR CHAN

23

24

25

26

27

28

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113

-3-

# EXHIBIT A

**APL Logistics**

**ORIGINAL FORWARDERS CARGO RECEIPT**

YAT337002

NO.: YAT337(

| SELLER (PRINCIPAL OR LICENSEE)<br>KANSAS INT'L LTD | DATE CARGO RECEIVED<br>23 AUG 2007 | COUNTRY OF ORIGIN<br>CHINA |
|---|---|---|

| BUYER (NAME AND ADDRESS)<br><br>FORT WORTH, TX 76102-1964 USA | ALSO NOTIFY PARTY |
|---|---|

| | EXPORT CARRIER (VESSEL, VOYAGE)<br>MOL ENTERPRISE  00041 |
|---|---|

| NOTIFY PARTY (NAME AND ADDRESS)<br><br>GRAPEVINE, TX 76051 | EXPORT REFERENCE | PORT OF LOADING<br>YANTIAN, CHINA |
|---|---|---|
| | PORT OF DISCHARGE<br>OAKLAND, CA | FINAL DESTINATION<br>FORT WORTH, TX |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SELLER | GROSS WEIGHT | MEASUREM |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS. | CB |
| | | | 28281.000 | 115.0 |
| 42-212<br>MADE IN CHINA<br>PO NO.: 283902<br>CONTENTS: 2 PCS | 1423 CTNS | MUSICAL INSTRUMENTS<br>10 WATT ELECTRIC GUITAR AMPLIFIER<br>PO.NO.: 283902  CAT.NO.: 42-212<br>QTY: 2846 PCS | | |
| 42-213<br>MADE IN CHINA<br>PO NO.: 283900<br>CONTENTS: 144 PCS | 34 CTNS | MUSICAL INSTRUMENTS  ELECTRIC TUNER<br>FOR ACOUSTIC AND ELECTRIC GUITAR<br>PO.NO.: 283900  CAT.NO.: 42-213<br>QTY: 4896 PCS | | |
| 42-213<br>MADE IN CHINA<br>PO NO.: 283900<br>CONTENTS: 144 PCS | 1 CTN | MUSICAL INSTRUMENTS  ELECTRIC TUNER FOR<br>ACOUSTIC AND ELECTRIC GUITAR<br>PO.NO.: 283900  CAT.NO.: 42-213<br>QTY: 106 PCS | | |
| | | *** SEE ATTACHMENT PAGE 2 THRU  2 *** | | |
| | | SHIPPERS LOAD AND COUNT<br>  THREE THOUSAND SIXTEEN CTNS  ONLY | | |

| STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF | C/R ISSUANCE | 125.00 |
|---|---|---|
| | CY ADMIN-86 | 1200.00 |
| | CY RCVING -86'-86 | 4212.00 |
| | COPYING | 10.00 |
| | AMENDMENT FEE | 400.00 |
| | TOTAL (HKD) | 5947.00 |

  1    3

E RECEIVED __ ORIGINAL __ COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 3/9 ORIGINAL
LLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME
OR WILL BE DELIVERED TO THE CUSTOMER.

PACKING LIST
#RSU0827A

APL LOGISTICS HONG KONG, LTD, ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKA
OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT EX
GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED, THE SELLER, BUYER A
OTHERS HAVING AN INTEREST IN THE GOODS ("THE CARGO OWNERS") ARE ADVISED,
DELIVERING THE GOODS AND ACCEPTING THIS RECEIPT AGREE THAT THE RECEIPT, CU
CONSOLIDATION AND FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TER
CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEI
INCORPORATED BY REFERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORM
CARGO RECEIPT MAY BE WRITTEN, STAMPED, OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED
APL LOGISTICS HONG KONG, LTD, AS AGENT FOR BUYER
**APL LOGISTICS CHINA, LTD.**

  1

BY: _____

AS AGE



**APL Logistics**

YAT314625

**ORIGINAL FORWARDERS CARGO RECEIPT**

NO: YAT314

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| KANSAS INT'L LTD | 25 AUG 2007 | CHINA |

ALSO NOTIFY PARTY

BUYER (NAME AND ADDRESS)

FORT WORTH, TX 76102-1964 USA

| EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|
| MOL PARTNER | 00027 |

NOTIFY PARTY (NAME AND ADDRESS)

GRAPEVINE, TX 76051

| EXPORT REFERENCE | PORT OF LOADING |
|---|---|
| | YANTIAN, CHINA |
| PORT OF DISCHARGE | FINAL DESTINATION |
| OAKLAND, CA | WOODLAND, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SELLER | GROSS WEIGHT | MEASURE |
|---|---|---|---|---|
| | | | KGS. "FREIGHT COLLECT" C |
| | | | 721.000 7. |
| 42-219<br>MADE IN CHINA<br>PO NO.: 283908<br>CONTENTS: 2 PCS | 70 CTNS | MUSICAL INSTRUMENTS<br>KEYBOARD STAND<br>PO NO.: 283908    CAT NO.: 42-219<br>QTY: 140 PCS<br><br>SHIPPER DECLARE:<br>THIS SHIPMENT DOES NOT CONTAIN<br>WOOD PACKAGING MATERIAL<br>ON BOARD DATE: SEPTEMBER 03,2007<br>CONTAINER#  : TTNU4082068<br>SEAL#     : V518628<br>PLACE OF RECEIPT: YANTIAN, CHINA | | |
| | | SEVENTY CTNS ONLY | | |

STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF

| | |
|---|---|
| C/R ISSUANCE | 60.00 |
| LCL HANDLING CHARG | 1098.70 |
| PORT CHARGE | 25.30 |

WE RECEIVED 1 ORIGINAL COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL
BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME
OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER

COMMERCIAL INVOICE
PACKING LIST
#RSU0825WL

TOTAL (HKD)         1184.00

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKA
OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE (THE "GOODS") IN APPARENT G
GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SELLER, BUYER AND ALL
HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVER
GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATI
FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SE
ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REV
ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE V
STAMPED, OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED
APL LOGISTICS HONG KONG, LTD., AS AGENT FOR BUYER

**APL LOGISTICS/CHINA, LTD.**

1

BY:

AS AG

YAT356333

**APL Logistics**

**ORIGINAL FORWARDERS CARGO RECEIPT**

NO. YAT356:

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| KANSAS INT'L LTD | 28 AUG 2007 | CHINA |

ALSO NOTIFY PARTY

| BUYER (NAME AND ADDRESS) | |
|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ FORT WORTH, TX 76102-1964 USA ▓▓▓▓▓▓▓▓▓ | |

| EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|
| HATSU ELITE | 00051 |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT REFERENCE | PORT OF LOADING |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ GRAPEVINE, TX 76051 ▓▓▓▓▓▓▓ | | YANTIAN, CHINA |

| PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|
| OAKLAND, CA | WOODLAND, CA |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SELLER | GROSS WEIGHT | MEASUREM |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | KGS. | CB |
| | | | 7400.000 | 75.4 |
| 42-219<br>MADE IN CHINA<br>PO NO.: 283908<br>CONTENTS: 2 PCS | 740 CTNS | MUSICAL INSTRUMENTS<br>KEYBOARD STAND<br>PO NO. 283908  CAT NO. 42-219<br>QTY: 1480 PCS<br><br>SHIPPER DECLARE:<br>THIS SHIPMENT DOES NOT CONTAIN<br>WOOD PACKAGING MATERIAL<br>ON BOARD DATE: SEPTEMBER 02,2007<br>CONTAINER#  : EISU8043143<br>SEAL#       : CPT8077<br>PLACE OF RECEIPT: YANTIAN, CHINA<br><br><br>SHIPPERS LOAD AND COUNT<br>     SEVEN HUNDRED FORTY CTNS  ONLY | | |

STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| | |
|---|---|
| C/R ISSUANCE | 125.00 |
| CY ADMIN-45 | 600.00 |
| CY RCVING -45'-45 | 2662.00 |
| | |
| TOTAL (HKD) | 3387.00 |

WE RECEIVED 1  ORIGINAL  COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME OF SHIPMENT AS INSTRUCTED BY THE CUSTOMER.

COMMERCIAL INVOICE
PACKING LIST
#RSU0827WL

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKA GE OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE (THE 'GOODS') IN APPARENT EX TE GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SELLER, BUYER AND ALL OTHERS HAVING AN INTEREST IN THE GOODS (THE 'CARGO OWNERS') ARE ADVISED, AND BY DELIVER ING GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDATI ON FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REF ERENCE ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE W RITTEN, STAMPED, OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED
APL LOGISTICS HONG KONG, LTD., AS AGENT FOR BUYER
**APL LOGISTICS CHINA, LTD.**

1

BY: _____

AS AG

**APL Logistics**

**ORIGINAL FORWARDERS CARGO RECEIPT**

YAT361678

NO: YAT361

| SELLER (PRINCIPAL OR LICENSER) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| KANSAS INT'L LTD | 29 AUG 2007 | CHINA |

ALSO NOTIFY PARTY

BUYER (NAME AND ADDRESS)

FORT WORTH, TX 76102-1964 USA

| | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| NOTIFY PARTY (NAME AND ADDRESS) | OOCL NINGBO | 00032 |
| | EXPORT REFERENCE | PORT OF LOADING |
| GRAPEVINE, TX 76051 | | YANTIAN, CHINA |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | LONG BEACH, CA | FORT WORTH, TX |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SELLER | GROSS WEIGHT | MEASUREM |
|---|---|---|---|---|
| | | | KGS. | CB |
| | | | *FREIGHT COLLECT* | |
| | | | 15119.500 | 152. |
| 42-219 MADE IN CHINA PO NO.: 283908 CONTENTS: 2 PCS | 441 CTNS | KEYBOARD STAND PO.NO.: 283908  CAT.NO.: 42-219 QTY: 882 PCS | | |
| 42-215 MADE IN CHINA PO NO.: 283898 CONTENTS: 2 PCS | 990 CTNS | METAL GUITAR STAND FOR ACOUSTIC AND ELECTRIC GUITAR PO.NO.: 283898  CAT.NO.: 42-215 QTY: 1980 PCS | | |
| 42-216 MADE IN CHINA PO NO.: 283906 CONTENTS: 300 PCS | 27 CTNS | ELECTRIC GUITAR STRINGS AND PICK PO.NO.: 283906  CAT.NO.: 42-216 QTY: 8100 PCS | | |
| | | *** SEE ATTACHMENT PAGE 2 THRU  2 *** | | |
| | | SHIPPERS LOAD AND COUNT TWO THOUSAND, EIGHT HUNDRED AND NINETY-SIX CTNS  ONLY | | |

STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF

| C/R ISSUANCE | 125.00 |
|---|---|
| CY ADMIN-45 | 1200.00 |
| CY RCVING -45'-45 | 5324.00 |

E RECEIVED... ORIGINAL COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/0 ORIGINAL ILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME F SHIPMENT AS INSTRUCTED BY THE CUSTOMER.

COMMERCIAL INVOICE
PACKING LIST
#RSU0827FW

| TOTAL (HKD) | 6649.00 |
|---|---|

APL LOGISTICS HONG KONG, LTD. ("APL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACKA OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT G GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SELLER, BUYER AND ALL HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVER GOODS AND ACCEPTING THIS RECEIPT AGREE, THAT THE RECEIPT, CUSTODY, CONSOLIDAT FORWARDING OF THE GOODS BY APL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SE ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY REI ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE \ STAMPED, OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT, ISSUED
APL LOGISTICS HONG KONG, LTD., AS AGENT FOR BUYER
**APL LOGISTICS CHINA, LTD.**

1

BY: _____

AS AG

YAT368474

**APL Logistics**

ORIGINAL FORWARDERS CARGO RECEIPT

NO. YAT368-

| SELLER (PRINCIPAL OR LICENSEE) | DATE CARGO RECEIVED | COUNTRY OF ORIGIN |
|---|---|---|
| KANSAS INT'L LTD | 30 AUG 2007 | CHINA |

| ALSO NOTIFY PARTY |
|---|

| BUYER (NAME AND ADDRESS) | |
|---|---|
| FORT WORTH, TX 76102-1964 USA | |

| | EXPORT CARRIER (VESSEL, VOYAGE) | |
|---|---|---|
| | MOL PARTNER | 00027 |

| NOTIFY PARTY (NAME AND ADDRESS) | EXPORT REFERENCE | PORT OF LOADING |
|---|---|---|
| GRAPEVINE, TX 76051 | | YANTIAN, CHINA |
| | PORT OF DISCHARGE | FINAL DESTINATION |
| | OAKLAND, CA | FORT WORTH, TX |

DESCRIPTION OF PACKAGES AND GOODS

| MARKS AND NUMBERS | NO. OF PKGS. | PARTICULAR FURNISHED BY SELLER | GROSS WEIGHT KGS. | MEASUREM CB |
|---|---|---|---|---|
| | | | "FREIGHT COLLECT" | |
| | | | 24510.000 | 206. |
| 42-211 MADE IN CHINA P.O. NO.: 283904 CONTENTS: 2 PCS | 430 CTNS | BLACK FULL SIZE ELECTRIC GUITAR WITH SD CARD RECORDING PO.NO.: 283904  CAT.NO.: 42-211 QTY: 1720 PCS | | |
| 42-211 MADE IN CHINA P.O. NO.: 283904 CONTENTS: 2 PCS | 430 CTNS | BLACK FULL SIZE ELECTRIC GUITAR WITH SD CARD RECORDING PO.NO.: 283904  CAT.NO.: 42-211 QTY: 1720 PCS | | |
| 42-211 MADE IN CHINA P.O. NO.: 283904 CONTENTS: 2 PCS | 430 CTNS | BLACK FULL SIZE ELECTRIC GUITAR WITH SD CARD RECORDING PO.NO.: 283904  CAT.NO.: 42-211 QTY: 1720 PCS | | |

*** SEE ATTACHMENT PAGE 2 THRU  2 ***

SHIPPERS LOAD AND COUNT
ONE THOUSAND TWO HUNDRED NINETY CTNS  ONLY

STATEMENT : IN ACCORDANCE WITH INSTRUCTIONS OF

| C/R ISSUANCE | 125.00 |
|---|---|
| CY ADMIN-96 | 1800.00 |
| CY RCVING -96´-96 | 6318.00 |
| | |
| TOTAL (HKD) | 8243.00 |

WE RECEIVED .. ORIGINAL.. COPIES OF THE FOLLOWING DOCUMENTS WHICH PLUS 2/3 ORIGINAL
BILLS OF LADING WILL BE DISPATCHED TO THE PARTIES AT PORT OF DISCHARGE AT THE TIME
IF SHIPMENT AS INSTRUCTED BY THE CUSTOMER.
COMMERCIAL INVOICE
PACKING LIST
#RSU0903

APL LOGISTICS HONG KONG, LTD. ("APLL") HEREBY ACKNOWLEDGES RECEIPT OF THE PACK-
OTHER SHIPPING UNITS SAID TO CONTAIN THE GOODS ABOVE ("THE GOODS") IN APPARENT E
GOOD ORDER AND CONDITION UNLESS OTHERWISE STATED. THE SELLER, BUYER AND ALL
HAVING AN INTEREST IN THE GOODS (THE "CARGO OWNERS") ARE ADVISED, AND BY DELIVE
GOODS AND ACCEPTING THIS RECEIPT AGREE THAT THE RECEIPT, CUSTODY, CONSOLIDAT
FORWARDING OF THE GOODS BY APLL ARE SUBJECT TO ALL THE TERMS AND CONDITIONS SE
ON THE REVERSE SIDE OF THIS FORWARDERS CARGO RECEIPT AND INCORPORATED BY RE
ON THIS SIDE AND HEREOF. THE NUMBER ON THIS FORWARDERS CARGO RECEIPT MAY BE
STAMPED, OR PRINTED.

ORIGINAL OF THE FORWARDERS CARGO RECEIPT. ISSUED
APL LOGISTICS HONG KONG, LTD., AS AGENT FOR BUYER
**APL LOGISTICS CHINA, LTD.**

1

BY: _____

AS A

Fax        15 Aug 2008 16:45    P001/002

NYK Logistics - NYK Logistics    **NYK Logistics**    NYK Logistics - NYK Logistics



FORWARDER'S CARGO RECEIPT No. JCP-SHE-0803010

Maker/Supplier : KANSAS INT'L LTD.

Buyer/Consignee :

PLANO, TEXAS

Shipment From : YANTIAN, SHENZHEN    To : LOS ANGELES

| Contract No. | Sub-Division No. | Lot No | No of Pkgs | Measurement (cbm.) | Grs Weight (kgs.) |
|---|---|---|---|---|---|
| 0803458C | 655 | 655-0594 655-0597 | 350 | 67.48 | 6,625 |

FACTORY LOAD (CY-CY)
WAREHOUSE: 9705-5

FREIGHT COLLECT
L/C NO: 124524
DESCRIPTION:
2800 UNITS OF TOYS AS PER CONTRACT 0803458

ORIGINAL

TOTAL: THREE HUNDRED FIFTY (350) CARTONS ONLY
ALL SHIPPING DOCUMENTS RECEIVED ON: August 13, 2008
CARGO RECEIVED ON: August 6, 2008
B/L NO: KKLUHK2044927
SHIPPING PER: GENOA BRIDGE V-41E
SAILING ON August 11, 2008    ETA: August 24, 2008
MARKS & NOS: AS PER COMMERCIAL INVOICE

**Non-compliance items attached**

RECEIVED by NYK Logistics (Hong Kong) Limited (hereinafter called the Company) in apparent good order and condition, unless otherwise indicated herein, the goods, or the container(s) or package(s) said to contain goods herein mentioned (hereinafter called the Goods) for transportation in accordance with instructions of the owner of the Goods. The Company is authorized to enter into contracts with carriers involved in the execution of the transportation subject to all terms and conditions of the carriers. While the Goods are in the custody of the Company, the Company shall hold the same as a Freight Forwarder and not as a carrier and shall not be responsible for any loss, damage and /or delay of the Goods, except such as may be caused by the willful or grossly negligent act of the Company, its offices, agents or employees. In witness whereof, the undersigned, on behalf of NYK Logistics (Hong Kong) Limited has signed the number of Forwarder's Cargo Receipt(s) stated below, all of this tenor and date.

No. of ORIGINAL FORWARDER'S CARGO RECEIPT ISSUED: 1
(Terms and conditions are to be continued to the reverse side thereof.)

HONG KONG, August 13, 2008

(Place and date of issue.)

NYK Logistics (Hong Kong) Limited

(Authorized Signature)